# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(HON. LARRY A BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOEL VILLALVAZO<br><br>　　　　　Defendant. | CASE NO. 17CR0336-LAB<br><br>**ORDER TERMINATING<br>SUPERVISED RELEASE** |

**IT IS HEREBY ORDERED** that supervised release in this case is terminated.

Date: 10/30/2020

_[signature: Larry A. Burns]_
HON. LARRY A. BURNS
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER TERMINATING SUPERVISED RELEASE**　　　　　　　　　　**Case No. 17CR0336-LAB**